UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JEFFREY LECKRONE,                           )
                                            )
    Plaintiff(s),                           )
                                            )
  v.                                        )       No. 4:25-CV-01660-AGF
                                            )
JOST CHEMICAL COMPANY,                      )
                                            )
    Defendant(s).                           )
                                            )

### ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office

#### Option 1

[ ] The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

#### Option 2

[X] An ADR conference was held on: __August 4, 2026_____.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on __August 4, 2026_____.
The parties  [□ did  ☒ did not]  achieve a settlement. ***Check one***

#### Option 3

[ ] Although this case was referred to ADR, a conference WAS NOT HELD.

Date: __August 12, 2026_____          Neutral: __/s/ Francis X. Neuner, Jr._____

                                                  NEUNER JR., FRANCIS X.
                                                  Signature