**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JEFFREY LECKRONE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:25-cv-01660-AGF |
| | ) | |
| v. | ) | |
| | ) | |
| JOST CHEMICAL COMPANY. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION

**TO:** Frank R. Ledbetter
Ledbetter Law Firm, LLC
130 S. Bemiston Ave., Suite 304
Clayton, MO 63105

**DEPONENT:** Jeffrey Leckrone

**DATE:** September 25th, 2026

**TIME:** 9:00 am (Central Standard Time)

**LOCATION:** Danna McKitrick, P.C.
7701 Forsyth Blvd. Suite 1200
St. Louis, MO 63109

PLEASE TAKE NOTICE that the undersigned will resume taking the deposition of the above-named deponent on the date and at the time indicated, before a certified Court Reporter or some other person authorized by law to take the depositions.

Respectfully Submitted,

DANNA McKITRICK, P.C.

BY: /s/ David R. Bohm
David R. Bohm, #35166MO
Adam D. Rosenberg, #72375MO
7701 Forsyth Blvd., Suite 1200
St. Louis, MO 63105-3907
(314) 726-1000/(314) 725-6592 fax
E-Mail: dbohm@dmfirm.com
arosenberg@dmfirm.com
ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that I caused true and correct copies of the foregoing document to be served upon the parties receiving notice through the Court's ECF system on this 8th day of September 2026.

/s/ David R. Bohm

4907-9186-3502, v. 1